No. 74–6266. ROLON *v.* REGAN, PRISON SUPERINTEND-
ENT. C. A. 3d Cir. Certiorari denied.

No. 74–6365. DAVIS *v.* CHATTANOOGA FEDERAL SAV-
INGS & LOAN ASSN. CORP. ET AL. C. A. 6th Cir. Cer-
tiorari denied.

No. 74–863. PENNSYLVANIA *v.* WHITE. Sup. Ct. Pa.
Motion of respondent for leave to proceed *in forma
pauperis* granted. Certiorari denied, it appearing the
judgment below rests upon adequate state grounds.

No. 74–1093. RILEY ET AL. *v.* ESTATE OF RILEY. Sup.
Ct. Pa. Certiorari denied, it appearing that the judg-
ment below rests upon adequate state grounds.

No. 74–1172. GARCIA ET AL. *v.* GRAY ET AL. C. A.
10th Cir. Certiorari denied. MR. JUSTICE BRENNAN and
MR. JUSTICE MARSHALL would grant certiorari.

No. 74–5912. HURST *v.* HUNT, CORRECTIONS DIREC-
TOR, ET AL. C. A. 5th Cir. Certiorari denied. MR. JUS-
TICE STEWART would grant certiorari.

No. 74–6177. PERKINS *v.* KENTUCKY. Ct. App. Ky.
Certiorari denied. MR. JUSTICE STEWART would grant
certiorari.

No. 73–296. HUFFMAN ET AL. *v.* PURSUE, LTD., 420
U. S. 592;
No. 74–576. STERRETT ET AL. *v.* TAYLOR ET AL., 420
U. S. 983: and
No. 74–680. BLUMBERG *v.* BAUSCH & LOMB OPTICAL
CO., 420 U. S. 927. Petitions for rehearing denied.